UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE POCHE KIRK,

    Petitioner,

v.

                                    Case No. 1:15-cv-682

DAVE FENBY,                        HONORABLE PAUL L. MALONEY

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: December 13, 2017                          /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge